**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:13-cv-90-RJC**

| | | |
|---|---|---|
| JONATHAN HENSLEE, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FNU SINGLETON, Avery/Mitchell | ) | |
| Correctional Officer, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS MATTER is before the Court on Plaintiff's Motion to Compel for Production of Documents, (Doc. No. 22), and on Defendant FNU Singleton's Motion for Extension of Time to Answer, (Doc. No. 24).

**IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion to Compel for Production of Documents, (Doc. No. 22), is

**DENIED** as premature because discovery in this matter has not commenced.

(2) Defendant's Motion for Extension of Time to Answer, (Doc. No. 24), is **GRANTED**.

Defendant shall have up to and including June 30, 2014, in which to file an Answer or

responsive pleading.

Signed: May 13, 2014

Robert J. Conrad, Jr.
United States District Judge