UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-90-RJC

| JONATHAN HENSLEE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| FNU SINGLETON, Avery/Mitchell Correctional Officer, | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on the pro se Plaintiff's "Motion for Default Judgment" (Doc. No. 28), filed on May 19, 2014, in which Plaintiff seeks default judgment against Defendant FNU Singleton for failure to submit an Answer or responsive pleading.

Plaintiff's motion is **DENIED**, as Defendant has been given an extension of time until June 30, 2014, in which to file an Answer.

Signed: June 2, 2014

Robert J. Conrad, Jr.
United States District Judge

-1-