UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-90-RJC

| | |
|---|---|
| JONATHAN HENSLEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> FNU SINGLETON, Avery/Mitchell ) <br> Correctional Officer, ) <br> ) <br> Defendant. ) <br> _____ ) | **ORDER** |

UPON Plaintiff's Motion for Reconsideration, (Doc. No. 44), of this Court's prior Order denying Plaintiff's Motion for Appointment of Counsel,

Plaintiff's Motion for Reconsideration, (Doc No. 44), is **DENIED**.

Signed: August 15, 2014

Robert J. Conrad, Jr.
United States District Judge