**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-90-RJC**

| | |
|---|---|
| **JONATHAN HENSLEE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| **FNU SINGLETON, Avery/Mitchell** ) | |
| **Correctional Officer,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

This matter is before the Court on Plaintiff's Motion to Proceed with a Jury Trial, (Doc. No. 62). In support of his motion, Plaintiff contends that Defendant has not filed a dispositive motion by the deadline to do so and that Plaintiff is, therefore, entitled to proceed to trial in this action. Plaintiff's motion is denied, as the deadline for filing dispositive motions under this Court's scheduling order is December 22, 2014. See (Doc. No. 43).

**IT IS SO ORDERED.**

Signed: November 21, 2014

Robert J. Conrad, Jr.
United States District Judge