# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13-cv-90-RJC

| | |
|---|---|
| JONATHAN HENSLEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| FNU SINGLETON, Avery/Mitchell ) | |
| Correctional Officer, ) | |
| ) | |
| Defendant. ) | |

Pursuant to 28 U.S.C. § 1915(e)(1), **IT IS HEREBY ORDERED** that Joshua D. Lanning is appointed to serve as counsel for Plaintiff in this case.

_____
Frank D. Whitney
Chief United States District Judge