UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-90-GCM

| | |
|---|---|
| JONATHAN HENSLEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| FNU SINGLETON, Avery/Mitchell ) | |
| Correctional Officer, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The trial in this matter is set for **Monday, March 13, 2017, at 10:00 a.m**. before the Honorable Graham C. Mullen, in the Western District of North Carolina, Charlotte Courthouse, 401 W. Trade St., Charlotte, North Carolina, Courtroom 2-2.

IT IS SO ORDERED.

Signed: August 23, 2016

Graham C. Mullen
United States District Judge