UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-90-GCM

| | |
|---|---|
| JONATHAN HENSLEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| FNU SINGLETON, Avery/Mitchell ) | |
| Correctional Officer, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina

TO: Warden, Harnett Correctional Institution, North Carolina Department of Public Safety

IT IS ORDERED that the Warden of Harnett Correctional Institution, North Carolina Department of Public Safety, have the body of Jonathan L. Henslee, offender # 0722492, now incarcerated at Harnett Correctional Institution, under safe and secure conduct before the undersigned United States District Judge Graham C. Mullen, in and for the Western District of North Carolina, at the courtroom in Charlotte, North Carolina, on or before Monday, March 27, 2017, at 10:00 a.m., to be present for the trial in this matter, currently scheduled to begin during the Court's trial term beginning March 27, 2017. Mr. Henslee's trial is scheduled to begin at 10:00 a.m. on Monday, March 27, 2017, in Courtroom #2-2 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina 28202.

Because Mr. Henslee is not in federal custody for these proceedings, the United States Marshal Service shall not be responsible for accompanying Mr. Henslee while he is in the

1

courthouse. The Warden shall be responsible for having sufficient state law enforcement officers to be present at all times and responsible for maintaining custody of and ensuring safe and secure conduct by Jonathan Henslee for the duration of trial in this matter.

IT IS, THEREFORE, ORDERED that the Warden at Harnett Correctional Institution must transport Plaintiff so that he is present for trial to begin on Monday, March 27, 2017, at 10:00 a.m. and then return him to Harnett Correctional Institution at the conclusion of trial.

IT IS FURTHER ORDERED that State Law Enforcement shall be present and responsible for maintaining custody of and ensuring safe and secure conduct by Jonathan Henslee for the duration of trial in this matter.

IT IS FURTHER ORDERED that the Clerk's Office is respectfully directed to send a copy of this Order to all parties and the Warden at Harnett Correctional Institution.

IT IS SO ORDERED.

Signed: March 8, 2017

Graham C. Mullen
United States District Judge