# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jonathan Henslee**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:13-cv-00090-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Singleton**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment in favor of Defendant is hereby entered in accordance with the Court's March 28, 2017 Jury Verdict.

March 29, 2017

*[signature]*

Frank G. Johns, Clerk
United States District Court